

**BRAD ROGERS**
MAYOR

**JOHNNY STEVERSON**
DIRECTOR
COMMUNITY DEVELOPMENT

POST OFFICE BOX 5948
PEARL, MISSISSIPPI 39288-5948
TELEPHONE 601-932-3526
FAX 601-932-3590

**ALDERMAN:**
JOHN P. McHENRY - At-Large
TERRY R. ISHEE - District 1
MICHAEL SARTOR - District 2
BECKY TULLOS - District 3
CASEY FOY - District 4
TODD V. JENKINS - District 5
GAVIN D. GILL - District 6

September 29, 2015

Mr. Steve Maulding
P.O. Box 54476
Pearl, MS 39288

RE:   PRIVILEGE LICENSE RENEWAL

Mr. Maulding:

When you came to Community Development to renew your privilege license, you were told you needed to register your rental property before the license could be renewed because you are not in compliance with the City of Pearl Rental Housing Code. Pursuant to City of Pearl Code of Ordinance Section 12-202, it is unlawful to maintain or operate any rental housing unit or units within the City of Pearl unless the property/properties are registered. Upon registration of the rental properties, Community Development will renew the privilege license for Steve Maulding Rentals. A copy of City of Pearl Code of Ordinance is enclosed for your convenience.

If I can be of any further help, please let me know.

Sincerely,

Johnny Steverson
Director
Community Development

JS:lk



EXHIBIT "B"

The Director of the Department of Community Development for the City of Pearl is hereby designated as the Administrator of this article and may delegate duties of this Code to the building inspectors, code enforcement officers and other employees of the Development Services Department or other employees of the City of Pearl.

Sec. 12-202. Registration Required.

It shall be unlawful for any person and/or entity to maintain or operate any rental housing unit or units within the City of Pearl unless such person or entity has registered the property.

Sec. 12-203. Registration Fee.

The annual registration fee shall be twenty-five dollars ($25.00) per dwelling unit payable upon application for registration. A late penalty fee will be assessed in the amount of $10 per unit multiplied by the number of months the registration is past due. A penalty of $350 will be assessed for failure to register a dwelling unit. Each person or entity who operates an office within the City of Pearl must also obtain a Privilege License as required by the City of Pearl for operation of a business pursuant to State Statute 27-17-9. The fees and penalties provided for in this Section shall automatically increase 3% on October 1st of each year beginning on October 1, 2014, and continuing each year thereafter.

Sec. 12-204. Annual Registration Application.

(a) Annual Registration. Application for an annual rental housing registration shall be filed with and issued by the Department of Development Services. The application shall be in writing, signed by the property owner, agent or designee and shall include the following:

(1) The name and address of the applicant;
(2) Proof of ownership must be provided if the information provided differs from the online data basis published by the Tax Assessor for Rankin County records;
(3) The location and parcel number of the property on which the rental housing unit is located;
(4) For new construction, a complete site plan of the complex showing it is in conformity with the requirements included within this Rental Housing Code;
(5) For new construction, plans and specifications of all buildings, improvements and facilities to be constructed within the rental housing complex or on the same property as the rental housing unit.
(6) Such other information as may be requested by the Department of Community Development to enable it to determine if the proposed rental housing unit or complex will comply with all codes and ordinances adopted by the City of Pearl.

(b) Inspection Required.

-3-