IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOMEWOOD COMPANY, L.L.C.;
LODES, INC.; and CARY S. and
DOROTHY B. BIERDEMAN
REVOCABLE TRUST                                                    PLAINTIFFS

v.                                            CASE NO. 3:14-cv-00907-HTW-LRA

CITY OF PEARL, MISSISSIPPI, and
BRAD ROGERS, MAYOR                                                 DEFENDANTS

---

RESPONSE IN OPPOSITION TO MOTION
TO DISMISS OF BRAD ROGERS

---

COME NOW Homewood Company, L.L.C.; Lodes, Inc.; and Cary S. And Dorothy B. Bierdeman Revocable Trust ("Plaintiffs") and respond to and oppose the Motion to Dismiss of Brad Rogers, Mayor of the City of Pearl, Mississippi, and would show unto the Court that Mayor Rogers does not exercise legislative functions and is not entitled to his claimed immunity for legislative acts; that the Mayor does have "superintending control" of the actions of City employees and is responsible for the refusal of the City of Pearl and its employees to allow Plaintiffs to replace manufactured homes in their respective manufactured home parks; that the Plaintiffs have a clearly established constitutional due process to nonconforming status; that the Second Amended Complaint complies with Fed. R. Civ. P. 8 and pleads fact-based allegations within the meaning of *Ashcraft v. Iqbal*, 556 U. S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U. S. 544 (2007); and, finally,

the claims advanced in the Second Amended Complaint are not exempted under the Mississippi Tort Claims Act, nor in any way prohibited by same.

Plaintiffs are filing separately a Memorandum in Support of this Response in Opposition to the Motion to Dismiss of Brad Rogers.

DATED: November 2, 2015

>Respectfully submitted,
>
>HOMEWOOD COMPANY, L.L.C.
>LODES, INC.; and CARY S. and
>DOROTHY B. BIERDEMAN
>REVOCABLE TRUST
>By and through their attorneys
>
>
> s/ John G. Corlew
>JOHN G. CORLEW (MSB #6526)

OF COUNSEL:

John G. Corlew (MSB #6526)
Virginia T. Munford (MSB #3654)
Kathy K. Smith (MSB #10350)
CORLEW MUNFORD & SMITH PLLC
4450 Old Canton Road, Suite 111 (39211)
Post Office Box 16807
Jackson, MS 39236-6807
Phone: 601-366-1106
Fax: 601-366-1052
jcorlew@cmslawyers.com
vmunford@cmslawyers.com
ksmith@cmslawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served via the Court's ECF system on the following:

**James A. Bobo**
jbobo@jbobolaw.com

**John G. Corlew**
jcorlew@cmslawyers.com,sbowen@cmslawyers.com

**Gregory L. Hemphill**
greg@hemphilllawfirm.net,hemphilllawfirm@att.net

**Virginia T. Munford**
vmunford@cmslawyers.com,aprisock@cmslawyers.com

**Katherine K. Smith**
ksmith@cmslawyers.com,aprisock@cmslawyers.com

**Steven H. Smith**
ssmith@shsattorneys.com,wsteed@shsattorneys.com

DATED:   November 2, 2015

　　　　　　　　　　　　　　　　　　_s/ *John G. Corlew*_
　　　　　　　　　　　　　　　　　　JOHN G. CORLEW