IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HOMEWOOD COMPANY, L.L.C.; ET AL**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO. 3:14-cv-00907-HTW-LRA**

**CITY OF PEARL, MISSISSIPPI, ET AL**  **DEFENDANT**

**PEARL'S STATUS REPORT**

The City of Pearl, Mississippi reports that the case is still a live controversy and has not settled. It is not believed that the case is on the verge of settlement.

This the 2nd Day of March, 2017.

    Respectfully submitted,

    City of Pearl, Mississippi

    By s/James A. Bobo
       James A. Bobo
       Attorney for The City of Pearl, Mississippi

James A. Bobo
Mississippi Bar No. 3604

2561 Old Brandon Road, No. 086
Post Office Box 97998
Pearl, Mississippi 39288
(601) 506-6727

Attorney for the City of Pearl, Mississippi

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system which sent notification of such filing to the following: John Corlew, Virginia Mumford, Steve Smith and Greg Hemphill and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: None.

                                                s/James A. Bobo
                                                James A. Bobo