IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOMEWOOD COMPANY, L.L.C.;
LODES, INC.; AND CARY S. AND
DOROTHY B. BEIRDEMAN
REVOCABLE TRUST                                                                                PLAINTIFFS

PEMBERTON PROPERTIES, LTD
d/b/a PEMBERTON APARTMENTS,
PARK VILLA, LLC d/b/a EAST VILLA
APARTMENTS, PEARL PARTNERS, LP
d/b/a COLONY PARK APARTMENTS,
COLONY PARK II, LLC d/b/a GRANDE
AT COLONY PARK APARTMENTS, ALBERT
MOORE HOME BUILDERS, INC. d/b/a
COLONIAL TERRACE APARTMENTS,
WOOD GLEN, LLC d/b/a WOOD GLEN
APARTMENTS, STEVE MAULDING d/b/a
BAVARIAN GARDEN APARTMENTS,
STEVE MAULDING d/b/a PEARL MANOR
APARTMENTS, SHEILA MAULDING d/b/a
468 PLACE TOWNHOMES, WPB PROPERTIES,
LLC d/b/a FOX RUN APARTMENTS                              INTERVENOR PLAINTFFS

v.                                                                                    CASE NO. 3:14-cv-00907-HTW-LRA

CITY OF PEARL, MISSISSIPPI, and
BRAD ROGERS, MAYOR                                                                       DEFENDANTS

---

**INTERVENOR PLAINTIFFS' STATUS REPORT**

---

Intervenor Plaintiffs report that the case is still a live controversy and has not settled. It is not believed that the case is on the verge of settlement.

Dated, this 3rd day of March, 2017

.

Respectfully submitted,

PEMBERTON PROPERTIES, LTD
d/b/a PEMBERTON APARTMENTS,
PARK VILLA, LLC d/b/a EAST VILLA
APARTMENTS, PEARL PARTNERS, LP
d/b/a COLONY PARK APARTMENTS,
COLONY PARK II, LLC d/b/a GRANDE
AT COLONY PARK APARTMENTS,
ALBERT MOORE HOME BUILDERS,
INC. d/b/a COLONIAL TERRACE
APARTMENTS, WOOD GLEN, LLC d/b/a
WOOD GLEN APARTMENTS, STEVE
MAULDING d/b/a BAVARIAN GARDEN
APARTMENTS, STEVE MAULDING
d/b/a PEARL MANOR APARTMENTS,
SHEILA MAULDING d/b/a 468 PLACE
TOWNHOMES, WPB PROPERTIES, LLC
d/b/a FOX RUN APARTMENTS,
INTERVENOR PLAINTIFFS


By: /s/ Steven H. Smith
    STEVEN H. SMITH
    Attorney for Intervenor Plaintiffs

Steven H. Smith, MSB # 7610
STEVEN H. SMITH, PLLC
4316 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone: (601) 987-4800
Facsimile: (601) 987-6600
ssmith@shsattorneys.com

Samac Richardson, MSB #5331
P.O. Box 222
Brandon, Mississippi 39043
Telephone: (601) 826-3400
smcrson@gmail.com

## **CERTIFICATE OF SERVICE**

I, Steven H. Smith, hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system. Accordingly, notice of this filing will be sent to opposing counsel by operation of the Court's electronic filing system.

This the 3rd day of March, 2017.

/s/ Steven H. Smith
Steven H. Smith