IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOMEWOOD COMPANY, L.L.C.;
LODES, INC.; and CARY S. and
DOROTHY B. BIERDEMAN
REVOCABLE TRUST                                                            PLAINTIFFS

PEMBERTON PROPERTIES, LTD
d/b/a PEMBERTON APARTMENTS,
PARK VILLA, LLC d/b/a EAST VILLA
APARTMENTS, PEARL PARTNERS, LP
d/b/a COLONY PARK APARTMENTS,
COLONY PARK II, LLC d/b/a GRANDE
AT COLONY PARK APARTMENTS, ALBERT
MOORE HOME BUILDERS, INC. d/b/a
COLONIAL TERRACE APARTMENTS,
WOOD GLEN, LLC d/b/a WOOD GLEN
APARTMENTS, STEVE MAULDING d/b/a
BAVARIAN GARDEN APARTMENTS,
STEVE MAULDING d/b/a PEARL MANOR
APARTMENTS, SHEILA MAULDING d/b/a
468 PLACE TOWNHOMES, WPB PROPERTIES,
LLC d/b/a FOX RUN APARTMENTS          INTERVENOR PLAINTFFS

v.                                              CASE NO. 3:14-cv-00907-HTW-LRA

CITY OF PEARL, MISSISSIPPI, and
BRAD ROGERS, MAYOR                                         DEFENDANTS

---

## PLAINTIFFS' STATUS REPORT

---

Plaintiffs report that the case is still a live controversy and has not settled. It is not believed that the case is on the verge of settlement.

DATED:     March 3, 2017

Respectfully submitted,

HOMEWOOD COMPANY, L.L.C.
LODES, INC.; and CARY S. and
DOROTHY B. BIERDEMAN
REVOCABLE TRUST
By and through their attorneys


 s/ *John G. Corlew*
JOHN G. CORLEW (MSB #6526)


OF COUNSEL:

John G. Corlew (MSB #6526)
Kathy K. Smith (MSB #10350)
CORLEW MUNFORD & SMITH PLLC
4450 Old Canton Road, Suite 111 (39211)
Post Office Box 16807
Jackson, MS   39236-6807
Phone: 601-366-1106
Fax: 601-366-1052
jcorlew@cmslawyers.com
ksmith@cmslawyers.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused the foregoing document or instrument to be served via the Court's ECF system which sent notice to all counsel of record including the following:

**James A. Bobo** jbobo@jbobolaw.com
**John G. Corlew** jcorlew@cmslawyers.com,sbowen@cmslawyers.com
**Gregory L. Hemphill** greg@hemphilllawfirm.net,hemphilllawfirm@att.net
**Katherine K. Smith** ksmith@cmslawyers.com,aprisock@cmslawyers.com
**Steven H. Smith** ssmith@shsattorneys.com,wsteed@shsattorneys.com

DATED: March 3, 2016

 s/ *John G. Corlew*
JOHN G. CORLEW (MSB #6526)