IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HOMEWOOD COMPANY, LLC: et al                                               PLAINTIFFS

VS.                                         CIVIL ACTION NO. 3:14-CV-00907-HTW-LRA

CITY OF PEARL, MISSISSIPPI
AND MAYOR BRAD ROGERS                                                      DEFENDANTS

_____

MAYOR BRAD ROGERS' STATUS REPORT
_____

**COMES NOW**, Mayor Brad Rogers and hereby reports to this Honorable Court that this case is still a live controversy and has not settled. It is not believed that this case is on the verge of settlement.

This the 3rd day of March, 2017.

                                                Respectfully submitted,

                                                Mayor Brad Rogers

                                                /s/Gregory L Hemphill

CERTIFICATE OF SERVICE

I, Gregory L. Hemphill, the undersigned counsel of record for Defendant Mayor Brad Rogers, hereby certify that I have this day caused the foregoing document to be served upon the following using the Court's ECF system:

>JAMES A. BOBO
>jbobo@jbobolaw.com
>JOHN G. CORLEW
>jcorlew@cmslawyers.com, sbowen@cmslawyers.com
>VIRGININA T. MUNFORD
>vmunford@cmslawyers.com, aprisock@cmslawyers.com
>KATHY K. SMITH
>ksmith@cmslawyers.com, aprisock@cmslawyers.com
>STEVEN H. SMITH
>ssmith@shsattorneys.com wsteed@shsattorneys.com

SO CERTIFED THIS THE 3RD DAY OF MARCH, 2017.

>*/s/Gregory L. Hemphill*