**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**HOMEWOOD COMPANY, L.L.C., et al.**                                            **PLAINTIFFS**

**VS**                                           **CIVIL ACTION NO. 3:14-cv-00907-HTW-LRA**

**CITY OF PEARL, MISSISSIPPI, et al.**                                          **DEFENDANTS**

## MOTION FOR SUBSTITUTION OF COUNSEL

**COME NOW**, the Defendant, City of Pearl, Mississippi, by and through counsel and files this Motion for Substitution of Counsel and in support thereof would show unto the Court the following:

1.  James A. Bobo no longer serves as City Attorney for the City of Pearl, Mississippi.

2.  Dewitt L. (Rusty) Fortenberry, Jr. is the new City Attorney for the City of Pearl, Mississippi.

3.  The City of Pearl, Mississippi requests that Dewitt L. (Rusty) Fortenberry, Jr., be substituted as its counsel in this matter.

**WHEREFORE, PREMISES CONSIDERED**, the City of Pearl, Mississippi respectfully requests that this Court enter an Order allowing James A. Bobo to withdraw as counsel of record for the City of Pearl and substituting Dewitt L. (Rusty) Fortenberry, Jr. as counsel of record for the City of Pearl, Mississippi in this matter.

**THIS** the **19th** day of **July**, **2017**.

Respectfully submitted,

**City of Pearl, Mississippi**

BY:     s/ Dewitt L. ("Rusty") Fortenberry, Jr.
           Attorney for the City of Pearl, Mississippi

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
P.O. Box 5948
Pearl, MS 39288-5948
Telephone: (601) 932-2262
Email: rfortenberry@cityofpearl.com

City Attorney, Pearl, Mississippi

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**John Corlew -** jcorlew@cmslawyers.com

**Virginia Mumford -** vmumford@cmslawyers.com

**Steven Smith -** ssmith@shsattorneys.com

**Greg Hemphill -** greg@hemphilllawfirm.com

**James A. Bobo -** jbobo@jbobolaw

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid: None.

**SO CERTIFIED**, this the **19th** day of **July**, **2017**.

           s/Dewitt L. Fortenberry, Jr.