# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

HOMEWOOD COMPANY, L.L.C.;
LODES, INC.; and CARY S. and
DOROTHY B. BIERDEMAN
REVOCABLE TRUST											PLAINTIFFS

v.												CASE NO. 3:14-cv-00907-HTW-LRA

CITY OF PEARL, MISSISSIPPI;
and BRAD ROGERS, MAYOR									DEFENDANTS

## MOTION TO DISMISS

Come now Plaintiffs Homewood Company, LLC, Lodes, Inc. and Cary S. and Dorothy B. Bierdeman Revocable Trust ("Plaintiffs"), joined by all Intervenors and Defendant City of Pearl, Mississippi and move that the Court dismiss the above styled and numbered cause against the City of Pearl, Mississippi with prejudice. Plaintiffs and Intervenors further move that the Court dismiss this matter against Brad Rogers, former Mayor of the City of Pearl, Mississippi, and would show unto the Court as follows:

1.  The Plaintiffs, Intervenors and Defendant City of Pearl, Mississippi have reached a settlement of all matters between them and desire that all claims in the subject litigation be dismissed as to all parties with prejudice; the Plaintiffs and Intervenors have offered to dismiss this matter as to Brad Rogers, former Mayor of Pearl, Mississippi, but he has not agreed to join this motion.

2. The Defendant Rogers has an appeal pending in the United States Court of Appeals for the Fifth Circuit wherein he seeks to be dismissed from these proceedings. Since the Plaintiffs and Intervenors do not intend to proceed further with their claims against this Defendant, they will file a motion in the Fifth Circuit seeking dismissal of the pending appeal because the issues raised therein are moot.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Intervenors and Defendant City of Pearl, Mississippi move that the Court enter a judgment of dismissal with prejudice of all claims involving the Plaintiffs, Intervenors and the Defendant City of Pearl, Mississippi; that the Court dismiss all claims of the Plaintiffs and Intervenors against the Defendant Rogers on such terms, if any, that the Court considers proper pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, subject to further proceedings with respect to the pending appeal in the United States Court of Appeals for the Fifth Circuit.

DATED: November 9, 2017.

Respectfully submitted,

HOMEWOOD COMPANY, L.L.C.
LODES, INC.; and CARY S. and
DOROTHY B. BIERDEMAN
REVOCABLE TRUST, Plaintiffs
By and through their attorneys

 s/ *John G. Corlew*
JOHN G. CORLEW (MSB #6526)

PEMBERTON PROPERTIES, LIMITED, doing business as Pemberton Apartments; PARK VILLA, L.L.C., doing business as East Villa Apartments; PEARL PARTNERS, L.P. doing business as Grande at Colony Park Apartments; ALBERT MOORE HOME BUILDERS, INCORPORATED, doing business as Colonial Terrace Apartments; WOOD GLEN, L.L.C., doing business as Wood Glen Apartments; STEVE MAUDING, doing business as Bavarian Garden Apartments, doing business as Pearl Manor Apartments; SHEILA MAULDING, doing business as Pearl Manor Apartments, doing business as 468 Place Townhomes; WPB PROPERTIES, L.L.C., doing business as Fox Run Apartments, Intervenors
By Their Attorney

/s/ *Steven H. Smith*
    STEVEN H. SMITH


CITY OF PEARL, MISSISSIPPI, Defendant
By Its Attorney


/s/ *Rusty Fortenberry*
    RUSTY FORTENBERRY

3

OF COUNSEL:

John G. Corlew (MSB #6526)
Kathy K. Smith (MSB #10350)
CORLEW MUNFORD & SMITH PLLC
4450 Old Canton Road, Suite 111 (39211)
Post Office Box 16807
Jackson, MS   39236-6807
Phone: 601-366-1106
Fax: 601-366-1052
jcorlew@cmslawyers.com
ksmith@cmslawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served via the Court's ECF system on the following:

**James A. Bobo**
jbobo@jbobolaw.com

**John G. Corlew**
jcorlew@cmslawyers.com,sbowen@cmslawyers.com

**Gregory L. Hemphill**
greg@hemphilllawfirm.net,hemphilllawfirm@att.net

**Katherine K. Smith**
ksmith@cmslawyers.com,aprisock@cmslawyers.com

**Steven H. Smith**
ssmith@shsattorneys.com,wsteed@shsattorneys.com

DATED:    November 9, 2016.

    s/ *John G. Corlew*
JOHN G. CORLEW