## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**HOMEWOOD COMPANY, L.L.C.;**
**LODES, INC.; and CARY S. and**
**DOROTHY B. BIERDEMAN**
**REVOCABLE TRUST**                                              **PLAINTIFFS**

**v.**                                              **CASE NO. 3:14-cv-00907-HTW-LRA**

**CITY OF PEARL, MISSISSIPPI;**
**and BRAD ROGERS, MAYOR**                                      **DEFENDANTS**

---

### JUDGMENT OF DISMISSAL

---

This matter having come on for hearing before the Court on the motion of the Plaintiffs, Intervenors and Defendant City of Pearl, Mississippi, to dismiss all claims in the above styled and numbered cause with prejudice, and the Court having duly considered said motion, does hereby

ORDER AND ADJUDGE that all claims of the Plaintiffs and Intervenors against the City of Pearl, Mississippi are hereby dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that all claims of the City of Pearl, Mississippi against the Plaintiffs and Intervenors are hereby dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that each party to the motion shall bear its respective costs and attorneys' fees.

SO ORDERED AND ADJUDGED this the ___9th___ day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE