## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| HOMEWOOD COMPANY, L.L.C.; LODES, INC.; and CARY S. and DOROTHY B. BIERDEMAN REVOCABLE TRUST | PLAINTIFFS |
| v. | CASE NO. 3:14-cv-00907-HTW-LRA |
| CITY OF PEARL, MISSISSIPPI, and BRAD ROGERS, MAYOR | DEFENDANTS |

### INTERVENOR PLAINTIFFS' JOINDER IN PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND IN RESPONSE TO ROGERS' REQUESTS FOR ATTORNEY'S FEES AND COSTS (ECF #187)

COME NOW Intervenor Plaintiffs, Pemberton Properties, LTD d/b/a Pemberton Apartments, Park Villa, LLC d/b/a East Villa Apartments, Pearl Partners, LP d/b/a Colony Park Apartments, Colony Park II, LLC d/b/a Grande at Colony Park Apartments, Albert Moore Home Builders, Inc. d/b/a Colonial Terrace Apartments, Wood Glen, LLC d/b/a Wood Glen Apartments, Steve Maulding d/b/a Bavarian Garden Apartments, Steve Maulding d/b/a Pearl Manor Apartments, Sheila Maulding d/b/a 468 Place Townhomes, WPB Properties, LLC d/b/a Fox Run Apartments, by and through their undersigned counsel, and respectfully submit this Joinder in the Plaintiffs' Reply In Support Of Its Motion To Dismiss And In Response To Rogers' Requests For Attorney's Fees And Costs (ECF #187), filed on the 4th day of December, 2017.

1

Intervenor Plaintiffs, fully, in all respects and for all intents and purposes, do hereby adopt, join in and assert Plaintiffs' arguments and requests for relief set forth in their Reply In Support Of Their Motion To Dismiss And Response To Rogers' Request For Attorney's Fees And Costs.

DATED: December 5, 2017.

                              Respectfully submitted,

                              PEMBERTON PROPERTIES, LTD D/B/A PEMBERTON APARTMENTS, PARK VILLA, LLC D/B/A EAST VILLA APARTMENTS, PEARL PARTNERS, LP D/B/A COLONY PARK APARTMENTS, COLONY PARK II, LLC D/B/A GRANDE AT COLONY PARK APARTMENTS, ALBERT MOORE HOME BUILDERS, INC. D/B/A COLONIAL TERRACE APARTMENTS, WOOD GLEN, LLC D/B/A WOOD GLEN APARTMENTS, STEVE MAULDING D/B/A BAVARIAN GARDEN APARTMENTS, STEVE MAULDING D/B/A PEARL MANOR APARTMENTS, SHEILA MAULDING D/B/A 468 PLACE TOWNHOMES, WPB PROPERTIES, LLC D/B/A FOX RUN APARTMENTS

*By: /s/ Steven H. Smith*
STEVEN H. SMITH, MSB # 7610
ATTORNEY FOR INTERVENOR PLAINTIFFS

STEVEN H. SMITH, PLLC
4316 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone: (601) 987-4800
Facsimile: (601) 987-6600
ssmith@shsattorneys.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused the foregoing document or instrument to be served via the Court's ECF system which sent notice to all counsel of record including the following:

James A. Bobo jbobo@jbobolaw.com

Gregory L Hemphill greg@hemphilllawfirm.net, hemphillawfirm@att.net

John G. Corlew jcorlew@cmslawyers.com, vmunford@cmslawyers.com

Katherine K. Smith ksmith@cmslawyers.com, aprisock@cmslawyers.com

Steven H. Smith ssmith@shsattorneys.com, wsteed@shsattorneys.com

This the 5th day of December, 2017.

*/s/ Steven H. Smith*
STEVEN H. SMITH