## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 12, 2018

Honorable Henry T. Wingate
U.S. District Court, Southern District of Mississippi
501 E. Court Street
Suite 6.750
Jackson, MS 39201

    No. 16-60797    Homewood Company, L.L.C., et al v. City of Pearl, Mississippi
    USDC No. 3:14-CV-907

Dear Judge Wingate,

This responds to your letter sent on January 11, 2018, referencing counsel's suggestion that our court had created a deadline for district court action. Please note, our court has not established such a deadline.

Whenever we are awaiting any action from the U S District Court on a pending USDC motion, we create a clerk's office deadline to internally monitor the case. The text of the entry will include an "Awaiting District Court Action deadline due on XX/XX/XX." This is meant as an internal monitoring deadline only, and not a deadline by which the US District Court must act.

We are sorry that the entry misled counsel, and apologize for any confusion this caused.

                Sincerely,

                LYLE W. CAYCE

                */s/ Lyle W. Cayce*
                Lyle W. Cayce, Clerk

cc:  Mr. James A. Bobo
     Mr. John G. Corlew
     Mr. Gregory L. Hemphill
     Mr. Arthur S. Johnston III
     Mr. Samac Richardson
     Mrs. Kathy K. Smith
     Mr. Steven Harrison Smith