IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-60797
_____

A True Copy
Certified order issued Feb 06, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

HOMEWOOD COMPANY, L.L.C.; LODES, INCORPORATED; CARY S. AND DOROTHY B. BIERDEMAN REVOCABLE TRUST,

      Plaintiffs - Appellees

PEMBERTON PROPERTIES, LIMITED, doing business as Pemberton Apartments; PARK VILLA, L.L.C., doing business as East Villa Apartments; PEARL PARTNERS, L.P., doing business as Colony Park Apartments; COLONY PARK II, L.L.C., doing business as Grande AT Colony Park Apartments; ALBERT MOORE HOME BUILDERS, INCORPORATED, doing business as Colonial Terrance Apartments; WOOD GLEN, L.L.C., doing business as Wood Glen Apartments; STEVE MAULDING, doing business as Bavarian Garden Apartments, doing business as Pearl Manor Apartments; SHEILA MAULDING, doing business as Pearl Manor Apartments, doing business as 468 Place Townhomes; WPB PROPERTIES, L.L.C., doing business as Fox Run Apartments,

      Intervenor Plaintiffs - Appellees

v.

BRAD ROGERS,

      Defendant - Appellant

_____

Appeal from the United States District Court
for the Southern District of Mississippi

_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of February 06, 2019, pursuant to the unopposed joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT