## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 06, 2019

Mr. Arthur S. Johnston, III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 16-60797    Homewood Company, L.L.C., et al v. City of Pearl, Mississippi
                                USDC No. 3:14-CV-907

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Dantrell L. Johnson, Deputy Clerk
                                          504-310-7689

cc w/encl:
    Mr. James A. Bobo
    Mr. John G. Corlew
    Mr. Gregory L. Hemphill
    Mr. Samac Richardson
    Mrs. Kathy K. Smith
    Mr. Steven Harrison Smith

**P.S.:** In light of the enclosed order, appellant's motion for award of attorney's fees, costs and expenses, that was carried with the case, is now moot.