**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**HOMEWOOD COMPANY, L.L.C.;
LODES, INC.; and CARY S. and
DOROTHY B. BIERDEMAN
REVOCABLE TRUST**                                              **PLAINTIFFS**

**v.**                              **CASE NO. 3:14-cv-00907-HTW-LRA**

**BRAD ROGERS, MAYOR**                                             **DEFENDANT**

## STIPULATION OF DISMISSAL

COME NOW all parties in the above-styled and numbered cause, by and through their respective counsel, and hereby stipulate to the dismissal with prejudice of all claims of all parties advanced in the subject litigation. The parties have reached a full and final settlement among themselves with respect to all matters.

Respectfully submitted on this the 12th day of February, 2019.

                                            HOMEWOOD COMPANY, L.L.C.
                                            LODES, INC.; and CARY S. and
                                            DOROTHY B. BIERDEMAN
                                            REVOCABLE TRUST, Plaintiffs
                                            By and through their attorneys

                                            s/ *Kathy K.Smith*
                                            KATHY K. SMITH (MSB #10350)
                                            CORLEW MUNFORD & SMITH PLLC
                                            4450 Old Canton Road, Suite 111 (39211)
                                            Post Office Box 16807
                                            Jackson, MS  39236-6807
                                            Phone: 601-366-1106
                                            Fax: 601-366-1052
                                            ksmith@cmslawyers.com

PEMBERTON PROPERTIES, LIMITED, doing business as Pemberton Apartments; PARK VILLA, L.L.C., doing business as East Villa Apartments; PEARL PARTNERS, L.P., doing business as Colony Park Apartments; COLONY PARK II, L.L.C., doing business as Grande AT Colony Park Apartments; ALBERT MOORE HOME BUILDERS, INCORPORATED, doing business as Colonial Terrance Apartments; WOOD GLEN, L.L.C., doing business as Wood Glen Apartments; STEVE MAULDING, doing business as Bavarian Garden Apartments, doing business as Pearl Manor Apartments; SHEILA MAULDING, doing business as Pearl Manor Apartments, doing business as 468 Place Townhomes; WPB PROPERTIES, L.L.C., doing business as Fox Run Apartments, Intervenor Plaintiffs

By and through their attorney

*s/Steven H. Smith*
Steven H. Smith, MSB # 7610
STEVEN H. SMITH, PLLC
4316 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Telephone: (601) 987-4800
Facsimile: (601) 987-6600
ssmith@shsattorneys.com


BRAD ROGERS, Defendant

By and through his attorney

*s/James A. Bobo*
James A. Bobo
Ms Bar No. 3604
Post Office Box 97998
Pearl, Mississippi 39288
(601) 506-6727
jbobo@jbobolaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused the foregoing document or instrument to be filed via the Court's ECF system which sent notice to all counsel of record.

DATED: February 12, 2019.

*s/ Kathy K.Smith*
KATHY K. SMITH (MSB #10350)